FILED

OCT 28 2010

SOUTHERN DISTRICT OF CALIFORNIA
BY DSV   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 79cr0817-GT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF WARRANT |
| MICHAEL SHAMSHER RANA, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant MICHAEL SHAMSHER RANA is dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrant for MICHAEL SHAMSHER RANA be recalled.

DATED: Oct. 26 2010

HONORABLE GORDON THOMPSON, Jr.
United States District Court